FILED

2026 Jan-20  AM 08:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## <u>MIDDLE DIVISION</u>

**UNITED STATES OF AMERICA**

**v.**

**DHRUV GARGI,**
*also known as "Panda"*,

**Defendant.**

**Case No. 4:23-cr-383-CLM-NAD**

## <u>MOTION TO FILE UNDER SEAL</u>

The United States moves the Court to file a document under seal. As grounds, the United States asserts that the filing contains information that should not be publicly available at this time. The United States will provide a copy of the proposed filing via email to the Court.

Respectfully submitted,

PRIM F. ESCALONA
United States Attorney

*/s/ John M. Hundscheid*

John M. Hundscheid
Brett A. Janich
Assistant United States Attorneys

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2026, I filed a copy of the foregoing with the Court through CM-ECF, which caused a copy to be served on counsel of record.

/s/ John M. Hundscheid
John M. Hundscheid
Assistant United States Attorney

2